IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Allstate Insurance Company a/s/o Michael and Rachel Breen**<br><br>　　　　　　　**Plaintiffs(s),**<br>　　**v.**<br><br>**Surge Products, LLC and The Pep Boys- Manny, Moe & Jack**<br><br>　　　　　　　**Defendant(s).** | Civil Action No: 2:18-cv-00978-RK |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Allstate Insurance Company a/s/o Michael and Rachel Breen, and Defendants, Surge Products, LLC and The Pep Boys- Manny, Moe, & Jack, by and through their undersigned counsel, that this matter, is dismissed with prejudice, and that each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| **de LUCA LEVINE LLC** | **MARSHALL, DENNEHEY WARNER COLEMAN & GOGGIN** |
| BY: _/s/ Joseph L. McGlynn_ | BY: _Bradley D. Remick_ |
| **JOSEPH L. MCGLYNN** | **BRADLEY D. REMICK** |
| Three Valley Square, Suite 220 | 2000 Market Street |
| Blue Bell, PA 19422 | Philadelphia, PA 19103 |
| 215-383-0081 | 215-575-2762 |
| 215-383-0082 (fax) | 215-575-0856 (fax) |
| jmcglynn@delucalevine.com | bdremick@wdwcg.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |

**Dated:** December 19, 2018